## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS DURAN,** | : | **CIVIL ACTION NO. 4:14-CV-2047** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **COUNTY OF CLINTON, JEFFREY** | : | |
| **SNYDER, ROBERT SMELTZ, and** | : | |
| **JOEL LONG,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 29th day of March, 2019, upon consideration of defendants'

motion (Doc. 61) for summary judgment, and the parties' respective briefs in

support of and opposition to said motion, and for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

1.   Defendants' motion (Doc. 61) for summary judgment is GRANTED in
     part and DENIED in part as follows:

     a.   Plaintiff's common law claim for tortious interference with
          contractual relationships against defendants Robert Smeltz and
          Jeffrey Long (Count II) is deemed WITHDRAWN.

     b.   The motion (Doc. 61) is GRANTED as to plaintiff's common law
          claim for tortious interference with contractual relationships
          against defendant Jeffrey Snyder (Count II).

     c.   To the extent plaintiff asserts claims for age discrimination
          pursuant to the Pennsylvania Human Relations Act (Counts V
          and VI), said claims are DISMISSED without prejudice.

     d.   The motion (Doc. 61) is otherwise DENIED.

2. The Clerk of Court is DIRECTED to enter partial judgment in favor defendant Jeffrey Snyder and against plaintiff on Count II of plaintiff's amended complaint.

3. The Clerk of Court is DIRECTED to terminate defendants Jeffrey Snyder, Robert Smeltz, and Jeffrey Long as parties to the above-captioned action.

4. The portions of the court's September 25, 2015 memorandum and order (Docs. 9, 10) pertaining to Duran's claim for tortious interference with contractual relationships are VACATED.

5. The court will schedule the above-captioned matter for jury selection and trial and establish a briefing schedule for the parties' motions (Docs. 68, 70) *in limine* by separate order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania